UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS, | No. 2:15-cv-0507 KJN P |
| Plaintiff, | |
| v. | ORDER |
| LORI BALLS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official.  See 28 U.S.C. § 1915(a)(2).  Indeed, page two of the application form was not included.  Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with a copy of the in forma pauperis application used by this court; and

////

////

////

1

2.  Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application, including the certification by prison officials.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  March 18, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

down0507.3c