UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS,<br><br>          Plaintiff,<br><br>     v.<br><br>LORI BALLS, et al.,<br><br>          Defendants. | No. 2:15-cv-0507 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On October 19, 2015, plaintiff filed a document entitled, "Disqualification of Magistrate Judge." (ECF No. 20.) Plaintiff states he has notified the Court of Appeals for the Ninth Circuit that the undersigned should be disqualified from this case. It is unclear whether plaintiff moves for disqualification of the undersigned in this action.

Pursuant to 28 U.S.C. § 455, a magistrate judge shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned or where he has a personal bias or prejudice concerning a party. In plaintiff's filing, he appears to speculate that the undersigned is biased against plaintiff, and appends copies of documents concerning his request for accommodation at his parole hearing. In any event, the court does not find disqualification is appropriate in this matter.

////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for disqualification (ECF
2  No. 20) is denied.
3  Dated: October 28, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/down0507.disq