UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS, | No. 2:15-cv-0507 KJN P |
| Plaintiff, | |
| v. | ORDER |
| LORI BALLS, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding without counsel. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).

    By order filed April 22, 2015, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On May 22, 2015, June 30, 2015, August 11, 2015, and September 23, 2015, plaintiff was granted extensions of time in which to file an amended complaint. Plaintiff's amended complaint was due on October 14, 2015, and plaintiff was cautioned that failure to timely comply with the September 23, 2015 order would result in the dismissal of this action. Despite being provided with a complaint form and several extensions of time, plaintiff has not filed an amended complaint. This action cannot proceed without an operative pleading.

////

////

1   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2   See Local Rule 110; Fed. R. Civ. P. 41(b).

3   Dated:  November 4, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

down0507.fta