UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS, | No. 2:15-cv-0507 KJN P |
| Plaintiff, | |
| v. | ORDER |
| LORI BALLS, etc., et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. On November 4, 2015, this civil rights action was dismissed, and judgment was entered. Plaintiff filed a notice of appeal, which is presently pending.

On June 3, 2016, plaintiff filed a request. However, because plaintiff's appeal is pending, this court lacks jurisdiction to address his filing. If plaintiff seeks appointment of counsel to represent him on his appeal, he must file his request in the Ninth Circuit Court of Appeals. Moreover, the instant action was closed on November 4, 2015. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 33) is

2 disregarded.

3 Dated: June 10, 2016

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

/down0507.31